# EXHIBIT B

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Frederick H. Arkanoff v. Lowe's Home Centers, LLC

| | |
|---|---|
| Case Number | 32D01-2010-CT-000186 |
| Court | Hendricks Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 10/23/2020 |
| Status | 10/23/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  Lowe's Home Centers, LLC

| | |
|---|---|
| Address | c/o Corporation Service Company, Registered Agent |
| | 135 North Pennsylvania Street, Suite 1610 |
| | Indianapolis, IN 46204 |
| Attorney | Michael Wroblewski |
| | *#2588464, Retained* |
| | ONE INDIANA SQUARE, STE 300 |
| | INDIANAPOLIS, IN 46204 |
| | 317-638-4521(W) |

**Plaintiff**    Arkanoff, Frederick H.

| | |
|---|---|
| Attorney | William O Harrington |
| | *#1484349, Retained* |
| | 105 N. Washington Street |
| | Danville, IN 46122-0000 |
| | 317-745-1300(W) |

## Chronological Case Summary

| | |
|---|---|
| 10/23/2020 | **Case Opened as a New Filing** |

| | |
|---|---|
| 10/23/2020 | **Subpoena/Summons Filed** |
| | Summons - Lowe's Home Centers |
| | Filed By:        Arkanoff, Frederick H. |
| | File Stamp:   10/23/2020 |

| | |
|---|---|
| 10/23/2020 | **Complaint/Equivalent Pleading Filed** |
| | Complaint and Jury Demand |
| | Filed By:        Arkanoff, Frederick H. |
| | File Stamp:   10/23/2020 |

| | |
|---|---|
| 10/23/2020 | **Appearance Filed** |
| | Appearance - William Harrington |
| | For Party:     Arkanoff, Frederick H. |
| | File Stamp:   10/23/2020 |

| 10/26/2020 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons |

| | Filed By: | Arkanoff, Frederick H. |
|---|---|---|
| | File Stamp: | 10/23/2020 |

| 10/27/2020 | **Administrative Event** |
|---|---|
| | Case diaried for response. na |

| 10/28/2020 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Administrative Event ---- 10/27/2020 : Lowe's Home Centers, LLC |

| 10/28/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Administrative Event ---- 10/27/2020 : William O Harrington |

| 11/04/2020 | **Appearance Filed** |
|---|---|
| | Appearance of Michael Wroblewski and Jordan M. Slusher on behalf of Lowes |

| | For Party: | Lowe's Home Centers, LLC |
|---|---|---|
| | File Stamp: | 11/03/2020 |

| 11/04/2020 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint |

| | Filed By: | Lowe's Home Centers, LLC |
|---|---|---|
| | File Stamp: | 11/03/2020 |

| 11/04/2020 | **Order Issued** |
|---|---|
| | Order granting motion for extension of time to respond to plaintiff's complaint issued. Parties have to and including 12/18/2020 to respond. na |

| | Order Signed: | 11/04/2020 |
|---|---|---|

| 11/05/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 11/4/2020 : William O Harrington;Michael Wroblewski |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Arkanoff, Frederick H.**

Plaintiff

Balance Due (as of 11/24/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/23/2020 | Transaction Assessment | 157.00 |
| 10/23/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA
HENDRICKS SUPERIOR COURT NO. 1

| | | |
|---|---|---|
| FREDERICK H. ARKANOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. _____ |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

**TO:  Lowe's Home Centers, LLC
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204**

You have been sued by the person(s) named "Plaintiff(s)", in the Court stated above. The nature of the suit against you is stated in the Complaint which is attached to this document. The Complaint also states the demands which the Plaintiff(s) have made and wants from you.

You must answer the Complaint in writing, by your or your attorney, within twenty-three (23) days commencing the day after you receive this Summons and the Complaint.  If you fail to timely answer the Complaint, a judgment by default my be entered against you for what the Plaintiff(s) has demanded.

If you have a claim for relief against the Plaintiff(s) arising from the same transaction or occurrence, you must assert it in you written answer.

Date _____10/23/2020_____

_____
Clerk, Hendricks Circuit and Superior Courts

**Attorney for Plaintiff:**

William O. Harrington #14843-49
HARRINGTON LAW, P.C.
105 N. Washington St.
Danville, IN 46122
Phone: (317)745-1300
Fax: (317)745-2313
Email: bill@harringtonlaw.us

**Service by:**

☒   Certified Mail

☐   Sheriff of _____ County

☐   Other:

STATE OF INDIANA
HENDRICKS SUPERIOR COURT NO. 1

FREDERICK H. ARKANOFF,              )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )     CAUSE NO. _____
                                    )
LOWE'S HOME CENTERS, LLC,           )
                                    )
          Defendant.                )

**COMPLAINT AND JURY DEMAND**

Plaintiff Frederick H. Arkanoff, by counsel, for his Complaint against Defendant Lowe's

Home Centers, LLC, alleges as follows:

**The Parties**

1.      Plaintiff Frederick H. Arkanoff resides in Hendricks County, Indiana (hereinafter,

"Fred").

2.      Defendant Lowe's Home Center, LLC, is a North Carolina corporation authorized

to conduct business in the State of Indiana, which maintains and operates a store located at 630

W. Northfield Drive, Brownsburg, Hendricks County, Indiana (hereinafter, "Lowe's").

**Jurisdiction and Venue**

3.      The Court has personal jurisdiction over Fred because he is a citizen of Indiana.

4.      The Court has personal jurisdiction over Lowe's because (a) Lowe's does

business in Indiana, (b) Lowe's caused personal injury by an act or omission done within

Indiana, and (c) Lowe's owns, uses, or possesses real property or an interest in real property in

Indiana.

5.      The Court has subject matter jurisdiction over the Complaint because the claims

asserted arise under the common and statutory laws of Indiana.

6.     Hendricks County is the proper venue for the Complaint because the tort at issue occurred in Hendricks County, Indiana.

**Facts Common to All Counts**

7.     At all times relevant to this Complaint, Lowe's owned, used or possessed real property or an interest in real property located at 630 W. Northfield Drive, Brownsburg, Hendricks County, Indiana (hereinafter, the "Lowe's Store").

8.     On June 3, 2019, Fred, as a business invitee, was shopping at the Lowe's Store.

9.     On June 3, 2019, the Lowe's Store maintained a parking lot adjacent to the store for use by business invitees (hereinafter, the "Lowe's Parking Lot").

10.     On June 3, 2019, while exiting his car in the Lowe's Parking Lot, Fred slipped and fell on what later appeared to be a fine sand which was spilled on the Lowe's Parking Lot.

**Count One:**

**Negligence**

For Count One of his Complaint against Lowe's, Fred alleges as follows:

11.     Fred incorporates by reference the allegations contained in paragraphs 1 through 10 of this Complaint.

12.     Lowe's owed Fred a duty of reasonable care to protect him from the risk of harm while shopping as a business invitee at the Lowe's Store.

13.     Lowe's breached its duty to Fred.

14.     As a proximate result of Lowe's negligence, Fred slipped and fell.

15.     As a proximate result of Lowe's negligence, Fred suffered damages.

-2-

WHEREFORE, Plaintiff Frederick H. Arkanoff, by counsel, for Count One of his Complaint against Defendant Lowe's Home Centers, LLC, requests that the Court enter Judgment in his favor and against Defendant Lowe's Home Centers, LLC, in an amount sufficient to compensate Plaintiff for his damages, for pre-judgment interest, for the costs of this action, and for all other proper relief in the premises.

## **JURY DEMAND**

Plaintiff Frederick H. Arkanoff, by counsel, pursuant to Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully demands trial by Jury in this cause.

HARRINGTON LAW, P.C.

By: _____
William O. Harrington, 14843-49

Attorney for Plaintiff Frederick H. Arkanoff

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Fax: (317) 745-2313
Email: bill@harringtonlaw.us

-3-

STATE OF INDIANA
HENDRICKS SUPERIOR COURT NO. 1

FREDERICK H. ARKANOFF,     )
                          )
         Plaintiff,      )
                          )
    vs.              )     CAUSE NO. _____
                          )
LOWE'S HOME CENTERS, LLC,  )
                          )
        Defendant.    )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating  __X__        Responding ____      Intervening ____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Plaintiff Frederick H. Arkanoff**

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   William O. Harrington               Attorney No. 14843-49
   Harrington Law, P.C.                 Phone: (317)745-1300
   105 North Washington Street        Fax:    (317)745-2313
   Danville, IN  46122                  E-mail:bill@harringtonlaw.us

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a Civil Tort (CT) case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____        Attorney's address

    _____        The Attorney General Confidentiality program address
                    (contact the Attorney General at 1-800-321-1907 or e-mail address is
                    **confidential@atg.in.gov).**

    _____        Another address (provide)

    _____

This case involves a petition for involuntary commitment.  Yes _____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
       _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

       (i)   Date of Birth _____

       (ii)  Driver's License Number _____

             State where issued _____ Expiration date _____

       (iii) State ID number _____

             State where issued _____ Expiration date _____

       (iv)  FBI number _____

       (v)   Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached
          confidential document Yes _____ No _____

7. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

   _____

9. There are other party members: Yes _____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

   Yes _____ No __X__

HARRINGTON LAW, P.C.

105 North Washington Street          By: _____
Danville, IN  46122                          William O. Harrington, 14843-49
Tel:  (317)745-1300
Fax: (317)745-2313
E-mail:  bill@harringtonlaw.us

STATE OF INDIANA
HENDRICKS SUPERIOR COURT NO. 1

| | | |
|---|---|---|
| FREDERICK H. ARKANOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 32D01-2010-CT-186 |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF ISSUANCE OF SUMMONS

Plaintiff Frederick H. Arkanoff, by counsel, submits notice to the Court that, on October 23, 2020, a true and accurate copy of the Summons and Complaint and Jury Demand, both filed on October 23, 2020, was served on Defendant Lowe's Home Centers, LLC, via certified mail (7017 1070 0000 7898 9769), return receipt requested.

HARRINGTON LAW, P.C.

By: _____
William O. Harrington, #14843-49

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300                  Attorney for Plaintiff Frederick H. Arkanoff
Fax:    (317) 745-2313
Email: bill@harringtonlaw.us

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on the following party of record by First Class U.S. Mail, postage-paid, this 23rd day of October, 2020:

Lowe's Home Centers, LLC
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

_____
William O. Harrington

# NOTICE

Hendricks Superior Court 1
One Courthouse Square, #106
Danville Indiana 46122

Frederick H. Arkanoff v. Lowe's Home Centers, LLC          32D01-2010-CT-000186

32D01-2010-CT-000186

To:  Lowe's Home Centers, LLC
c/o Corporation Service Company, Registered Agent
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

---

**EVENTS**

| Entry Date | File Stamped / Order Signed | Event and Comments |
|---|---|---|
| 10/27/2020 | | Administrative Event Case diaried for response. na |

OTHER PARTY - NOTICED                    OTHER PARTY - ENOTICED

N/A                                      William O Harrington (Attorney)

STATE OF INDIANA      )      IN THE  HENDRICKS COUNTY SUPERIOR COURT
                 ) SS:
COUNTY OF HENDRICKS )      CAUSE NO. 32D01-2010-CT-000186

FREDERICK H. ARKANOFF      )
                 )
        Plaintiff,        )
                 )
     v.               )
                 )
LOWE'S HOME CENTERS, LLC      )
                 )
        Defendant.     )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.     The party on whose behalf this form is being filed is:

     Initiating _____    Responding  X    Intervening ____; and

the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

**DEFENDANT LOWE'S HOME CENTERS, LLC**

2.     Attorney information for service as required by Trial Rule 5(B)(2):

Name: Michael Wroblewski        Atty Number: 25884-64
Address: Kightlinger & Gray, LLP    Phone: (317) 638-4521
211 North Pennsylvania Street, Suite 300  FAX: (317) 636-5917
Indianapolis, Indiana 46204      Computer Address:  mwroblewski@k-glaw.com

Name: Jordan Mark Slusher      Atty Number: 34204-49
Address: Kightlinger & Gray, LLP    Phone: (317) 638-4521
211 North Pennsylvania Street, Suite 300  FAX: (317) 636-5917
Indianapolis, Indiana 46204      Computer Address: jslusher@k-glaw.com

Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

      (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     There are related cases:     Yes ___   No <u>X</u>

4.     Additional information required by state or local rule: _____

5.     This form has been served on all other parties and Certificate of Service is attached:
        Yes <u>X</u>     No _____

KIGHTLINGER & GRAY, LLP

By: */s/ Jordan M. Slusher*
     Michael Wroblewski, Atty #25884-64
     Jordan M. Slusher, Atty. #34204-49
     Attorneys for Defendant, Lowe's Home
     Centers, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of November, 2020 the foregoing was served upon the following via the electronic filing/notification system and/or U.S. Mail, as follows:

     William Harrington
     105 N Washington Street
     Danville, IN  46122

     */s/ Jordan M. Slusher*
     Michael Wroblewski/Jordan M. Slusher

KIGHTLINGER & GRAY
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
mwroblewski@k-glaw.com
jslusher@k-glaw.com

STATE OF INDIANA       )      IN THE  HENDRICKS COUNTY SUPERIOR COURT
                  ) SS:
COUNTY OF HENDRICKS )      CAUSE NO. 32D01-2010-CT-000186

FREDERICK H. ARKANOFF         )
                          )
         Plaintiff,         )
                          )
    v.                    )
                          )
LOWE'S HOME CENTERS, LLC      )
                          )
         Defendant.        )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

      Defendant, Lowe's Home Centers, LLC ("Lowe's"), by counsel, respectfully moves the Court for an extension of time of thirty (30) days to respond to Plaintiff's Complaint, and in support thereof, states the following:

      1.      Plaintiff filed his Complaint on October 23, 2020.

      2.      Lowe's was served with a copy of the Summons and Complaint by certified mail on October 26, 2020, making Lowe's response to the Complaint due on November 18, 2020. This deadline has not yet expired.

      3.      Lowe's respectfully requests a thirty (30) day extension of time to and including December 18, 2020, to answer or otherwise respond to Plaintiff's Complaint.

      4.      The requested extension is necessary to provide undersigned counsel sufficient time to investigate the allegations of the Complaint, confer with his client, and prepare a proper response to the Complaint.

      5.      No prior extensions of time have been requested by or granted to Lowe's.

6.      This request is not being made to cause undue delay or for any other improper purpose, but rather to provide undersigned counsel sufficient time to prepare a proper response to the Complaint.

7.      Undersigned counsel has contacted Plaintiff's counsel regarding Plaintiff's consent to the requested extension of time and counsel has no objection to this extension of time.

WHEREFORE, Lowe's Home Centers, LLC, by counsel, respectfully moves this Court for an extension of time of thirty (30) days to and including December 18, 2020, to respond to Plaintiff's Complaint, and for all other just and proper relief.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:     *s/ Jordan M. Slusher*
Jordan M. Slusher #34204-49
Michael Wroblewski #25884-64
*Attorneys for Defendant, Lowe's Home Centers, LLC*

Kightlinger & Gray LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521
jslusher@k-glaw.com
mwroblewski@k-glaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, the foregoing was served upon the following via the electronic filing/notification system and/or U.S. Mail, as follows:

William Harrington
105 N Washington Street
Danville, IN  46122

*/s/ Jordan M. Slusher*
Michael Wroblewski/Jordan M. Slusher

KIGHTLINGER & GRAY
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
mwroblewski@k-glaw.com
jslusher@k-glaw.com

STATE OF INDIANA        )      IN THE  HENDRICKS COUNTY SUPERIOR COURT
                              ) SS:
COUNTY OF HENDRICKS )      CAUSE NO. 32D01-2010-CT-000186

FREDERICK H. ARKANOFF          )
                                  )
        Plaintiff,            )
                                  )
   v.                           )
                                  )
LOWE'S HOME CENTERS, LLC       )
                                  )
        Defendant.        )

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter comes before the Court upon Defendant Lowe's Home Centers, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint.  The Court having reviewed and considered the motion, hereby GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant Lowe's Home Centers, LLC is granted an extension of time of thirty (30) days to and including December 18, 2020 to respond to Plaintiff's Complaint.

SO ORDERED.

11/4/2020
_____
Date

_____
Judge, Hendricks County Superior Court

Distribution:

Jordan M. Slusher
Michael Wroblewski
Kightlinger & Gray LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

William Harrington
105 N Washington Street
Danville, IN  46122
bill@harringtonlaw.us

STATE OF INDIANA      )      IN THE  HENDRICKS COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF HENDRICKS )     CAUSE NO. 32D01-2010-CT-000186


FREDERICK H. ARKANOFF          )
                                       )
        Plaintiff,           )
                                       )
    v.                         )
                                       )
LOWE'S HOME CENTERS, LLC     )
                                       )
        Defendant.       )

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter comes before the Court upon Defendant Lowe's Home Centers, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint.  The Court having reviewed and considered the motion, hereby GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant Lowe's Home Centers, LLC is granted an extension of time of thirty (30) days to and including December 18, 2020 to respond to Plaintiff's Complaint.

SO ORDERED.

_11/4/2020_____      *Robert Freese*_____
Date                          Judge, Hendricks County Superior Court

Distribution:

Jordan M. Slusher
Michael Wroblewski                  William Harrington
Kightlinger & Gray LLP              105 N Washington Street
One Indiana Square, Suite 300       Danville, IN  46122
211 North Pennsylvania Street       bill@harringtonlaw.us
Indianapolis, IN 46204